**No. 10-5048. Timothy E. Agee, Petitioner v. Fred Britten, Warden.**

562 U.S. 900, 131 S. Ct. 233, 178 L. Ed. 2d 155, 2010 U.S. LEXIS 6330.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-5049. Calvin Bruce, Petitioner v. United States.**

562 U.S. 900, 131 S. Ct. 233, 178 L. Ed. 2d 155, 2010 U.S. LEXIS 6060.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 377 Fed. Appx. 551.

**No. 10-5050. Dwayne Anthony, Petitioner v. United States.**

562 U.S. 900, 131 S. Ct. 233, 178 L. Ed. 2d 155, 2010 U.S. LEXIS 6671.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-5051. Hosea Prescott, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 900, 131 S. Ct. 234, 178 L. Ed. 2d 155, 2010 U.S. LEXIS 6191.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-5052. Michael Craig Smith, Petitioner v. Illinois.**

562 U.S. 901, 131 S. Ct. 234, 178 L. Ed. 2d 155, 2010 U.S. LEXIS 6344.

October 4, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, Fourth District, denied.

Same case below, 394 Ill. App. 3d 1126, 369 Ill. Dec. 103, 985 N.E.2d 1089.

**No. 10-5053. Ernest Miller, Petitioner v. California.**

562 U.S. 901, 131 S. Ct. 234, 178 L. Ed. 2d 155, 2010 U.S. LEXIS 6459.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 10-5054. James Barnes, Petitioner v. Florida.**

562 U.S. 901, 131 S. Ct. 234, 178 L. Ed. 2d 155, 2010 U.S. LEXIS 6319.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 29 So. 3d 1010.